■ BESSIE YOUNG, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Respondent and Third-Party Plaintiff-Respondent. BELL-TRONICS COMMUNICATIONS, INC., Third-Party Defendant-Appellant; MILLAR ELEVATOR INDUSTRIES, INC., Third-Party Defendant-Respondent. [617 NYS2d 642] —Order, Supreme Court,

Bronx County (Barry Salman, J.), entered April 1, 1994, unanimously affirmed for the reasons stated by Salman, J., without costs and disbursements. No opinion. Concur—Carro, J. P., Rosenberger, Ellerin, Nardelli and Tom, JJ.